| FORM B1 | United States Bankruptcy Court<br>__Northern__ District of __Illinois__ | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Banks, Leon** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Banks, Lethia C.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>(none) | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names):<br>**Banks, Lethia** |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax I.D. No. (if more than one, state all): 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 | Last four digits of Soc. Sec No./Complete EIN or other Tax I.D.No. (if more than one, state all): 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 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**9218 South Justine**<br>**Chicago, Illinois 60620** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**9218 South Justine**<br>**Chicago, Illinois 60620** |
| County of Residence or of the Principal Place of Business: **COOK** | County of Residence or of the Principal Place of Business: **COOK** |
| Mailing Address of Debtor (if different from street address):<br>(same as above) | Mailing Address of Joint Debtor (if different from street address):<br>(same as above) |
| Location of Principal Assets of Business Debtor (if different from street address above): (same as above) | |

Stamps: "NO DISKETTE", "Chapter 13/No Plan"

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [x] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [x] Consumer/Non-Business
- [ ] Business

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 |
|---|---|---|---|---|---|
| | [x] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million |
|---|---|---|---|---|---|---|
| | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million |
|---|---|---|---|---|---|---|
| | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

```
U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 01/07/2004
Time: 15:34:13
Debtor: LEON BANKS
Case: 04-00606          Fee : 194
Chapter: 13  Rec. # : 3054874
Judge: Pamela Hollis
341 mtg: 02/04/2004 @ 01:00PM
ConfHrg: 03/01/2004 @ 11:00AM
Trustee: MARILYN MARSHALL
```

1:04BK00606-BK001

(Official Form 1) (12/02) FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Leon Banks & Lethia C. Banks |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Leon Banks*
Signature of Debtor

X *Lethia C. Banks*
Signature of Joint Debtor

773-445-2536
Telephone Number (If not represented by attorney)

January 07, 2004
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)   Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| In re BANKS, Leon  and  BANKS, Lethia C  Debtors | Case No. _____ (if known) |
|---|---|

**LIST OF CREDITORS (master mailing list)**          Page 1 of 3

H = Husband's debt.   W = Wife's debt.   J = Joint debt (H&W).

| No. | HWJ | Creditor | Claim and Security | Claim Amount |
|---|---|---|---|---|
| 1 | W | American Express<br>Attn: Bankruptcy Department<br>P.O. Box 7871<br>Fort Lauderdal, FL 33329 | Credit Card or Credit Use<br>05951693101134**** | $2075.00 |
| 2 | H | Aspire<br>Attn: Bankruptcy Department<br>P.O. Box 105555<br>Atlanta, GA 30348 | Credit Card or Credit Use<br>479106010042**** | $4,755.00 |
| 3 | J | Bank One<br>Attn: Bankruptcy Department<br>P.O. Box  901008 TX1 1300<br>Fort  Worth, TX 76101 | Auto Loan<br>00518120058070 | $11,230.00 |
| 4 | H | Collect America<br>Attn: Bankruptcy Department<br>1999 Broadway 2150<br>Denver, CO 80202 | Credit Card or Credit Use<br>Original Creditor:<br>CACV043 Chase Manhattan<br>549104****<br>Date Opened: 2/01/2001<br>Purchased By: Collect America<br>1263608603030****<br>Date Opened: 8/01/2002 | $3,913.00 |
| 5 | W | Diversified ADJ SVC<br>Attn: Bankruptcy Department<br>600 Coon Rapids BV<br>Coon Rapids, MN 55433 | Utility Bills/Cellular Service<br>Original Creditor:<br>AT&T Wireless: 150349025<br>Purchased By:<br>Diversified ADF SVC<br>5383***<br>Date Opened: 8/01/2003 | $622.00 |
| 6 | J | First Southwest Financial<br>Attn: Bankruptcy Department<br>1845 West 4400<br>Roy, UT 84067 | 1999 Mortgage – Second<br>RAD02-003<br>9218 South Justine<br>Chicago, IL 60620<br>(Debtors Residence) | $27,356.00 |
| 7 | J | GMAC<br>Attn: Bankruptcy Department<br>P.O. Box 769<br>Orland Park, IL 60462 | Auto Loan<br>154469910922 | $13,493.00 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In re
BANKS, Leon  and  BANKS, Lethia C
Debtors

Case No. _____ (if known)

Page 2 of 3

## LIST OF CREDITORS (master mailing list)

| # | | Creditor | Description | Amount |
|---|---|---|---|---|
| 8 | H | K.C.A. Financial Service<br>Attn: Bankruptcy Department<br>628 North Street POB53<br>Geneva, IL 60134 | Utility Bills/Cellular Service<br>Original Creditor:<br>Peoples Energy; 250002378****<br>Date Opended 1/02/2001<br>Purchased by:<br>K.C.A. Financial Service<br>5491***<br>Date Opened 8/22/2003 | $524.00 |
| 9 | W | Penncro Associates Inc.<br>Attn: Bankruptcy Department<br>95 James Way Suite 113<br>South Hampton PA 18966-3847 | Credit Card<br>Original Creditor:<br>Providian Bank Corp.: 100066****<br>Purchased by: Penncro Assoc. Inc.<br><br>4465681000661386 | $9483.00 |
| 10 | W | Peoples Energy<br>Attn: Bankruptcy Department<br>130 East Randolph<br>Chicago, IL 60601 | Utility Bills/Cellular Service<br>0500008011770 | $278.00 |
| 11 | H | Rogers & Hollands<br>Attn: Bankruptcy Department<br>P.O. Box 879<br>Matteson, IL 60443 | Credit Card or Credit Use<br>601801111900**** | $5722.00 |
| 12 | J | Wells Fargo Mortgage<br>Attn: Bankruptcy Department<br>1240 Office Plaza<br>West Des Moine, IA 50266 | 1999 Mortgage – First<br>Loan #: 7700346<br>9218 South Justine<br>Chicago, IL 60620<br>(Debtors Residence) | $100,163.15 |
| 13 | J | Wells Fargo Mortgage<br>Attn: Bankruptcy Department<br>1240 Office Plaza<br>West Des Moine, IA 50266 | 2001 Mortgage – First<br>Loan #: 2587128<br>6140 South St. Lawrence<br>Chicago, IL 60637 | $148,460.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| In re | |
|---|---|
| BANKS, Leon  *and*  BANKS, Lethia C <br> Debtors | Case No. <br> _____ (if known) |

**LIST OF CREDITORS (master mailing list)**                     **Page 3 of 3**

---

### DECLARATIONS

I, **Leon Banks**, do hereby certify, under penalty of perjury, that this master mailing list is complete, correct, and consistent with the debtors schedules pursuant to Local Bankruptcy Rules.

*(signature)*

_____
*(Debtor)* **Leon Banks**

I, **Lethia C. Banks**, do hereby certify, under penalty of perjury, that this master mailing list is complete, correct, and consistent with the debtors schedules pursuant to Local Bankruptcy Rules.

*(signature)*

_____
*(Debtor's Spouse)* **Lethia C. Banks**

**Pro Se**

_____
Attorney *(If Applicable)*