IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Banks, Leon | Case Number: 04 B 00606 |
|---|---|---|
| | Banks, Lethia C | Judge: Hollis, Pamela S |
| | Printed: 2/5/08 | Filed: 1/7/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: January 10, 2008
Confirmed: July 19, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 50,195.00 |  |
| Secured: |  | 36,144.96 |
| Unsecured: |  | 10,830.87 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 2,415.10 |
| Other Funds: |  | 804.07 |
| Totals: | 50,195.00 | 50,195.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | First Southwestern Financial | Secured | 0.00 | 0.00 |
| 2. | Rogers & Hollands Jewelers | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 4. | Bank One | Secured | 0.00 | 0.00 |
| 5. | First Southwestern Financial | Secured | 6,145.16 | 6,145.16 |
| 6. | General Motors Acceptance Corp | Secured | 12,150.00 | 12,150.00 |
| 7. | Wells Fargo Home Mortgage | Secured | 1,506.02 | 1,506.02 |
| 8. | Wells Fargo Home Mortgage | Secured | 16,343.78 | 16,343.78 |
| 9. | RoundUp Funding LLC | Unsecured | 3,913.98 | 3,913.98 |
| 10. | Portfolio Acquisitions | Unsecured | 4,755.42 | 4,755.42 |
| 11. | General Motors Acceptance Corp | Unsecured | 85.90 | 85.90 |
| 12. | American Express | Unsecured | 2,075.57 | 2,075.57 |
| 13. | Peoples Energy Corp | Unsecured | 1,153.10 | 0.00 |
| 14. | Wells Fargo Home Mortgage | Secured | | No Claim Filed |
| 15. | Diversified Adjustment Service | Unsecured | | No Claim Filed |
| 16. | J C Christensen & Assoc | Unsecured | | No Claim Filed |
| 17. | Penncro Associates | Unsecured | | No Claim Filed |
| 18. | Aspire | Unsecured | | No Claim Filed |
| 19. | KCA Financial Services | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 48,128.93 | $ 46,975.83 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 90.22 |
| 6.5% | 591.36 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Banks, Leon
Banks, Lethia C
Printed: 2/5/08

Case Number: 04 B 00606
Judge: Hollis, Pamela S
Filed: 1/7/04

| | |
|---:|---:|
| 3% | 267.27 |
| 5.5% | 648.99 |
| 5% | 65.01 |
| 4.8% | 373.91 |
| 5.4% | 378.34 |
| | _____ |
| | $ 2,415.10 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

